FILED
U.S. District Court
District of Kansas

JUN 18 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Joni Chain & ~~[redacted]~~

2520 E Lincoln St Apt 30~~2~~

Wichita KS 67217

(Enter above the full name of the Plaintiff(s)

vs.

Wichita Police department
Name
455 W Main St
Street and number
Wichita        KS        67211
City            State          ZipCode

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

25-3118-JWL

Case Number ~~[redacted]~~

## CIVIL COMPLAINT

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff  Joni Chain & ~~[redacted]~~

Address  2520 E Lincoln Apt 302 wichita KS 67211

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant _Patrick Willoy~~_ Phillip Bergen, Rodrigo Carrillo, Vanessa_ is
N. Minks, Darren H. Hicks_
employed at _wichita police department_
_455 N Main St_

C.    Additional Defendants _Megan L. Cooley    David Rothell_
_Faustino H. Waldoza     455 W. Main St_
_Jacylin Melillo  James S. Hook_
_Matthew fisher  Javen Sdorarizo-Salazar  Kevin M. Dykstra_

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount: _Wichita_

   1.     Plaintiff is a citizen of the State of _Kansas_ .

   2.     The first-named defendant above is either _wichita_

       a.  a citizen of the State of _Kansas_ ; or

       b.  a corporation incorporated under the laws of the State of
           _Kansas_ and having ~~its principal place of business~~
           in a State other than the State of which plaintiff is a citizen.

   3. The second-named defendant above is either _wichita_

       a.     a citizen of the State of _Kansas_ ; or

       b.     a corporation incorporated under the laws of the State of
           _wichita_
           ~~Kansas~~ and having its principal place of business in a
           State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.      (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

[ ]   1.      This case arises under the following section of the Constitution of
              the United States or statute of the United States (28 U.S.C. §1331):
              Constitution, Article_____, Section_____;
              Statute, US Code, Title_____, Section_____.

[✓]   2.      This case arises because of violation of the civil or equal rights,
              privileges, or immunities accorded to citizens of, or persons within
              the jurisdiction of, the United States (28 U.S.C. §1343).

[✓]   3.      Other grounds (specify and state any statute which gives rise to such
              grounds):

              Forced entry, & Unlawful defiance of minor
              Unlawful Interogation of Minor
              Harrasment, Unlawful Arrest
              of minor.

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

Officer had his foot in my door. wouldn't
move until we came out. Before my minor child
was arrested and cuffed officer stated to my child
not a reason to lie instead of reading Miranda rights in
front of me and children. Also they got an illegal confession
out of my child without me present or lawyer. I couldn't locate

IV.     Relief: my child after arrest no card case number.

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

The relief I'm looking for is the release of my minor child ~~████████~~ S~~████~~ due to illegal confession with no ~~parent~~ legal guardian present.

Plus $650,600 — 1 million for what took place

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [✓]   No [ ]   ~~case~~ Child convicted and held
due to illegal confession

VI.    Do you claim actual damages for the acts alleged in your complaint?
Yes [✓]   No [✗]

VII.    Do you claim punitive monetary damages?   Yes [ ]   No [✓]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Pain and suffering

Mental anguish

Wrongful conviction of minor / Interrigation

harrasment / Forced entry because officer

wouldn't take his foot out of my door

Intimidation

4

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes ☐   No ☑

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____June 10th_____

_____

_____

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____Joni Chain_____
Signature of Plaintiff

_____Joni B. Chain_____
Name (Print or Type)

_____2520 East lincoln St Apt 302___
Address

Wichita KS  67211

5

| City | State | Zip Code |
| --- | --- | --- |

(312) 210 - 1668
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☑ Wichita,  ☐ Kansas City , or  ☐ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

_Josi Chain_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or  ☐ No  }
(Select One)

_Josi Chain_
Signature of Plaintiff

Dated: 6/15/25
(Rev. 10/15)

6