Count 2   That on or about the 10th day of June, 2025 A.D., in Sedgwick County, Kansas, said juvenile, did then and there unlawfully and knowingly place another person, to-wit: Lillian White, in reasonable apprehension of immediate bodily harm, with a deadly weapon, to-wit: knife;
contrary to K.S.A. 2024 Supp. 21-5412(b)(1), (Aggravated Assault, Severity Level 7, Nondrug grid, Person Felony)

Count 3   That on or about the 10th day of June, 2025 A.D., in Sedgwick County, Kansas, said juvenile, did then and there unlawfully threaten to commit violence, communicated with the intent to place another in fear, to wit: Lillian White and/or Joshua White;
contrary to K.S.A. 2024 Supp. 21-5415(a)(1)(c)(1), (Criminal Threat, Severity Level 9, Nondrug grid, Person Felony)

STATE OF KANSAS      )
                     ) ss:
SEDGWICK COUNTY      )

   Darren M. Hicks, Wichita Police Department, of lawful age first being duly sworn upon oath, states and avers:

   That I am the above named complainant, and that I have read the foregoing complaint and know the contents thereof, and that the same is true in substance and in fact to the best of my information and belief.

_____
COMPLAINANT

   SUBSCRIBED AND SWORN to before me this _13th_ day of _June_, 2025 at Wichita, Sedgwick County, Kansas.

CHERYL K. WILLIAMS
Notary Public - State of Kansas
My Appt. Expires _5/12/06_

_____
NOTARY PUBLIC / DEPUTY CLERK

STATE WITNESSES:
CW: DARREN M. HICKS, C2168, WICHITA POLICE DEPARTMENT
David Rothell, C2715, Wichita Police Department
Faustino M. Naldoza III, C1686, Wichita Police Department
Jaclyn Melillo, C2750, Wichita Police Department
James S. Hook, C2322, Wichita Police Department
Juan Solorzano-Salazar, C2893, Wichita Police Department
Kevin M. Dykstra, C2196, Wichita Police Department
Matthew Fisher, C2349, Wichita Police Department

STATE WITNESS LIST CONTINUED