IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JONI CHAIN, INDIVIDUALLY**
**OR ON BEHALF OF MINOR D.S.,**

           **Plaintiff,**

    v.                                                  CASE NO. 25-3118-JWL

**WICHITA POLICE DEPARTMENT,**
**ET AL.,**

           **Defendants.**

## MEMORANDUM AND ORDER

This matter is a pro se action brought by Joni Chain on June 18, 2025 to assert claims based on violations of her own civil rights and those of her minor child, D.S., as well as to seek federal habeas relief for D.S., who had been taken into state custody. (*See* Docs. 1, 7.) On July 28, 2025, the Court issued a memorandum and order (M&O) explaining that Ms. Chain has the right to proceed pro se in this action on a claim that her own rights were violated, but she must obtain counsel if she wishes to pursue relief on behalf of D.S. (Doc. 8; *see also* Doc. 6, p. 7.) Thus, the Court granted Ms. Chain to and including August 28, 2025 to obtain counsel to represent D.S.' and to have such counsel enter his or her appearance in this case. The M&O informed Ms. Chain:

> If no appearance by counsel is entered by this deadline, the claims brought on D.S.' behalf or that are based on violations of D.S.' rights will be dismissed without prejudice and the only claim or claims that will proceed in this case are those brought by Ms. Chain that allege the violation of her own rights.

(Doc. 8, p. 3.)

The deadline for counsel to enter an appearance on behalf of D.S. has passed with no further action in this case. Thus, all claims in this matter brought on D.S.' behalf or that are based on

violations of D.S.' rights will be dismissed without prejudice. The only remaining claims in this matter are those that are based on the alleged violation of Ms. Chain's rights, which she states are brought under 42 U.S.C. § 1983. (*See* Doc. 7.)

Now that the nature and scope of this matter has been resolved, the Court has reviewed Ms. Chain's motion for leave to proceed in forma pauperis. (Doc. 3.) The motion will be granted. Because Ms. Chain proceeds in forma pauperis, the Court is required by statute to screen her complaint and to dismiss the complaint or any portion thereof that is frivolous, fails to state a claim on which relief may be granted, or seeks relief from a defendant immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B). The Court will conduct the required screening and issue further orders as necessary.

**IT IS THEREFORE ORDERED** that all claims in this case brought on behalf of D.S. are dismissed without prejudice.

**IT IS FURTHER ORDERED** that the motion for leave to proceed in forma pauperis (Doc. 3) is granted.

**IT IS SO ORDERED.**

DATED:  This 29th day of August, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge